UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEVIN FISHER, d/b/a Consul Messiah El,<br><br>Plaintiff(s),<br><br>v.<br><br>DAVID F. BROWN, *et al.*,<br><br>Defendant(s). | Case No. 2:22-cv-01998-RFB-VCF<br><br>**<u>ORDER</u>** |

Before the Court for consideration is the Report and Recommendation [ECF No. 4] of the Honorable Cam Ferenbach, United States Magistrate Judge, entered January 10, 2023.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); <u>see also</u> Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. <u>Thomas v. Arn</u>, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by January 24, 2023.  No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

. . .

   **IT IS THEREFORE ORDERED** that the Report and Recommendation [ECF No. 4] is ACCEPTED and ADOPTED in full.

   **IT IS FURTHER ORDERED** that this case is REMANDED back to the Las Vegas Justice Court. The clerk's office is to close the case.

   DATED: February 2, 2023.

                 _____
                 **RICHARD F. BOULWARE, II**
                 **United States District Judge**